No. 1092. Mogall *v.* United States. April 14, 1947. The petition for writ of certiorari to the Circuit Court of

Appeals for the Fifth Circuit is granted. *Charles Kehl* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.